

## ILLINOIS STATE POLICE
*Division of Administration*

Pat Quinn
*Governor*

Hiram Grau
*Director*

April 14, 2014

SETH NASRI GHANTOUS
26577 N LONGWOOD RD
LAKE FOREST, IL 60045

Dear: SETH NASRI GHANTOUS

Re: Concealed Carry License Application #41119

In reviewing your application for a Concealed Carry License, the Illinois State Police received an objection to your eligibility from a law enforcement agency. Pursuant to 430 ILCS 15(a), the objection has been submitted to the Concealed Carry Licensing Review Board. The Board has notified the Department that it has determined by a preponderance of the evidence that you pose a danger to yourself or others/are a threat to public safety.

Therefore, the Board has affirmed the objection and determined that you are not eligible for a Concealed Carry License. Your application for a Concealed Carry License is hereby denied. You may appeal the decision of the Board by petitioning in writing the circuit court in the county of your residence for a hearing on the denial.

Sincerely,

Jessica Trame
Bureau Chief - Firearms Services

5/19 deadline

